CARLYLE FINKELSTEIN, Respondent, v. SAMUEL RABINOWITZ, Appellant.—

---

* Affd., 262 N. Y. —.

Order in so far as it denies defendant's motion to vacate the notice for the taking of defendant's deposition before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We are of opinion that the matters enumerated in the plaintiff's notice are not the proper subject for examination before trial. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.